FILED
CLERK, U.S. DISTRICT COURT

APR 1 3 2015

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Brian Patrick Marlin

    Defendant.

Case No.: ED15MJ137-DUTY

ORDER OF DETENTION
(FED.R. CRIM. P.32.1(a)(6); 18 U.S.C. § 3143(a))

  The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _____ District of __OREGON__ for alleged violation(s) of the terms and conditions of probation or supervised release; and

  Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), the Court finds that:

A. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

- UNKNOWN BACKGROUND
- UNKNOWN BAIL RESOURCES
- UNDERLYING ALLEGATION (ABSCONDING)
- SUBMISSION

1

and/or

B.  ( )   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

_____

_____

_____

_____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 4/13/15

HONORABLE DAVID T. BRISTOW
United States Magistrate Judge

2